**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

SHERRI BAILIN,

    Plaintiff,

v.                                         CASE NO.:  8:26-cv-01689-VMC

ROBERT F. KENNEDY, JR., IN HIS
OFFICIAL CAPACITY AS THE
SECRETARY OF THE UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

_____/

## AFFIDAVIT OF SERVICE

Kimberly J. Kovach, being duly sworn, deposes and states:

1.    I am the legal assistant for Amy L. Drushal, an attorney with the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., and I make this Affidavit of Service pursuant to Federal Rule of Civil Procedure 4(l)(1).

2.    I have personal knowledge of the facts contained herein.

3.    Ms. Drushal is Florida counsel for Plaintiff, Sherri Bailin (the "Plaintiff"), in the above-captioned matter.

4.    I served Robert F. Kennedy Jr. with the Summons, Complaint, Disclosure Statement, Notice of Related Action, Civil Cover Sheet, and Notice of Lead Counsel Designation at 250 Independence Avenue, SW, Washington, DC 20201, via certified mail

on June 17, 2026, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.  A copy of the signature card is attached hereto as **Exhibit A.**

5.    I served Todd Blanche, Acting Attorney General with the Summons, Complaint, Disclosure Statement, Notice of Related Action, Civil Cover Sheet, and Notice of Lead Counsel Designation at 950 Pennsylvania Ave., N.W, Washington, DC 20530 via certified mail on June 18, 2026 pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.  A copy of the signature card is attached hereto as **Exhibit B**.

6.    I also served Greg Kehoe, U.S. Attorney for the Middle District of Florida, with the Summons, Complaint, Disclosure Statement, Notice of Related Action, Civil Cover Sheet, and Notice of Lead Counsel Designation at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602 via certified mail on June 15, 2026 pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.  A copy of the signature card is attached hereto as **Exhibit C.**

Kimberly J. Kovach

STATE OF FLORIDA           )
                           ) SS.  TAMPA
COUNTY OF HILLSBOROUGH )

On this 16th day of July, 2026, before me appeared Kimberly J. Kovach, to me personally known, who being by me duly sworn, did state that the statements made herein are true to the best of her knowledge, information and belief.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix my official seal in the County and State aforesaid, the date and year written above.

Notary Public

My Commission Expires:



REBECCA J ANCTIL
Commission # HH 630332
Expires February 4, 2029