# EXHIBIT A

SENDER: COMPLETE THIS SECTION

- Complete items **1, 2, and 3**.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Robert F. Kennedy, Jr.
Sec'y, Dept. of HHS
250 Independence Ave, SW
Washington, DC 20201

9590 9402 9504 5069 6820 15

**2. Article Number** *(Transfer from service label)*

9589 0710 5270 4050 9267 37

PS Form **3811**, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    Date of Delivery

JUN 1 2023

3Y:

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt