# EXHIBIT B

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3.

Print your name and address on the reverse so that we can return the card to you.

Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Todd Blanche
Acting AG,
950 Pennsylvania Ave N
Washington, DC 20530

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9504 5069 6820 39

2. Article Number *(Transfer from service label)*

9589 0710 5270 4050 9267 20

orm          , u y 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  *Ervie dassak*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

JUN 18 2020

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

PECTFD 28

3. Service Type
☐ Adult Signature
☐ Adult Signature **Restricted Delivery**
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
   ;00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic