UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRI BAILIN,

      Plaintiff,

v.                                                        Case No. 8:26-cv-01689-VMC-GDP

ROBERT F. KENNEDY, JR., IN HIS
OFFICIAL CAPACITY AS THE
SECRETARY OF THE UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

      Defendant.

_____/

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

The United States of America, on behalf of Robert F. Kennedy, Jr., in his official capacity as the Secretary of the United States Department of Health and Human Services ("Secretary"), respectfully moves for an extension of time, through October 23, 2026, to file (1) an answer and (2) the certified administrative record. Plaintiff Sherri Bailin ("Plaintiff") does not oppose this motion. In support of this Motion, the United States asserts

1.     On June 9, 2026, Plaintiff filed a complaint under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, seeking judicial review of the April 17, 2026, decision ("MAC Decision") from the Medicare Appeals Council denying coverage of a Nidra medical device under Plaintiff's Aetna Medicare Part C plan. (Doc 1.)

2.	The Plaintiff served the United States Attorney's Office with a copy of the complaint and summons on June 15, 2026.  Doc.  8.  Consequently, the deadline for the United States to file an answer and the certified administrative record is August 14, 2026.  Fed. R. C. P. 12(a)(2); *see also* 42 U.S.C. § 405(g) ("As part of the Commissioner's answer the Commissioner of Social Security shall file a certified copy of the transcript of record including the evidence upon which the findings and decisions of are based."); 42 U.S.C. § 1395ff(b)(1) (making the provisions of 42 U.S.C. § 405(g) applicable to Medicare appeals).

3.	The United States respectfully requests an extension of time to an answer and the certified administrative record through October 23, 2026.  The Secretary is currently preparing the certified administrative record in this case; however, the certification process is time consuming.  Counsel for the Defendant represents that he has been informed that the estimated date for completion of the certified administrative record is October 7, 2026.  The United States requests until October 23, 2026, to file the answer and certified administrative record because additional time is needed to (1) prepare the answer, (2) correct any production issues with the certified administrative record, and (3) account for delays in completion of the certified administrative record. The United States has timely filed this motion and submits that good cause exists for the Court to grant the requested extension.  Fed. R. Civ. P. 6(b)(1)(A).

4.	The requested extension will not prejudice any party, and the motion is not filed for the purpose of delay or other any other improper purpose.

5.      Plaintiff does not oppose the extension request.

## CONCLUSION

The United States respectfully request an extension of time through October 23, 2026, to file (1) an answer and (2) the certified administrative record.

## **Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), the undersigned conferred with Counsel for Plaintiff regarding the Plaintiff's position as to the present motion on August 12, 2026, via email communications.  Counsel for Plaintiff stated she does not oppose the motion.

Dated:   August 13, 2026                    Respectfully Submitted,


GREGORY W. KEHOE
United States Attorney


/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200
Christopher.Emden@usdoj.gov
Lead Counsel for the Defendant